IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **BRIAN D.,**[1]<br><br>             Plaintiff,<br><br>     v.<br><br>**COMMISSIONER SOCIAL SECURITY ADMINISTRATION**,<br><br>             Defendant. | Case No. 3:18-cv-02061-IM<br><br>**ORDER** |

**IMMERGUT, District Judge**

It is hereby ORDERED that, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, an attorney fee in the amount of $8,210.00 is awarded to Plaintiff. It is ordered that the attorney fee will be paid to Plaintiff's attorney, dependent upon verification that Plaintiff has no debt which qualifies for offset against the awarded fees, pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010). If Plaintiff has no such debt, then the check shall be made payable to Plaintiff's attorney and mailed to Plaintiff's attorney's mailing address at: 825 NE 20TH Ave., Suite 330, Portland OR 97232. If Plaintiff has such debt, then the

---

[1] In the interest of privacy, this order uses only the first name and the initial of the last name of the non-governmental party in this case.

PAGE 1 – ORDER

check for any remaining funds after offset of the debt shall be made payable to Plaintiff and mailed to Plaintiff's attorney's mailing address stated above.

**IT IS SO ORDERED**.

DATED this 11th day of June, 2020.

/s/ Karin J. Immergut
Karin J. Immergut
United States District Judge

PAGE 2 – ORDER